SEAN P. NALTY  (SBN 121253)
Email: sean.nalty@wilsonelser.com
LAWRENCE J. ROSE  (SBN 129511)
Email: lawrence.rose@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:    (415) 433-0990
Fax:   (415) 434-1370

Attorneys for Defendants
CIGNA CORPORATION GROUP SHORT TERM
AND LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL LAMBERT,<br><br>      Plaintiff,<br><br>    v.<br><br>CIGNA CORPORATION GROUP SHORT TERM AND LONG TERM DISABILITY PLAN,<br><br>      Defendants. | CASE NO.:   1:09-CV-00091-LJO-GSA<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[Local Rule 6-144(a)]**<br><br>Action Filed   :       01/15/2009 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-144(a), by and between plaintiff CHERYL LAMBERT and defendants CIGNA CORPORATION GROUP SHORT TERM AND LONG TERM DISABILITY PLAN, through their attorneys of record, as follows:

    1.    The parties have agreed that defendants may have an extension to a date certain, including MARCH 4, 2009 to answer or otherwise respond to the Complaint herein; and

2. This is the first extension and does not exceed thirty (30) days.

| | |
|---|---|
| Date: February 17, 2009 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| | By: *s/ Sean Nalty* |
| | SEAN P. NALTY<br>LAWRENCE J. ROSE<br>Attorneys for Defendants<br>CIGNA CORPORATION GROUP SHORT TERM AND LONG TERM DISABILITY PLAN |
| Date: February 17, 2009 | THORTON DAVIDSON & ASSOCIATES – THE ERISA LAW GROUP |
| | By: *Thorton Davidson, per Authorization of February 17, 2009* |
| | THORTON DAVIDSON<br>Attorneys for Plaintiff<br>CHERYL LAMBERT |

## ORDER ON STIPULATION

**IT IS SO ORDERED.**

DATED: February 20, 2009   Gary S. Austin
Honorable Gary S. Austin
UNITED STATES MAGISTRATE JUDGE

---

2
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**
USDC EDCA Case# 1:09-CV-00091-LJO-GSA
420830.1