SEAN P. NALTY  (SBN 121253)
Email: sean.nalty@wilsonelser.com
LAWRENCE J. ROSE  (SBN 129511)
Email: lawrence.rose@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:    (415) 433-0990
Fax:    (415) 434-1370

Attorneys for Defendants
CIGNA CORPORATION GROUP SHORT TERM
AND LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL LAMBERT,<br><br>          Plaintiff,<br><br>     v.<br><br>CIGNA CORPORATION GROUP SHORT TERM AND LONG TERM DISABILITY PLAN,<br><br>          Defendants. | CASE NO.:   1:09-CV-00091-LJO-GSA<br><br>**JOINT APPLICATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT – 15 DAYS**<br><br>**[Local Rule 6-144]**<br><br>Action Filed   :      01/15/2009 |

    Plaintiff CHERYL LAMBERT and defendants CIGNA CORPORATION GROUP SHORT TERM AND LONG TERM DISABILITY PLAN, through their attorneys of record, pursuant to Local Rule 6-144(a), here by state and jointly request:

    1.    The parties previously agreed that the defendants could have an extension of the time available to answer or otherwise respond to plaintiff's complaint herein to a date certain, of March 4, 2009.  This was the first extension of defendants' time to respond, and did not exceed thirty (30) days.

---

1
**JOINT APPLICATION TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT**
USDC EDCA Case# 1:09-CV-00091-LJO-GSA
424021.1

2.    Since that time, counsel for the parties have engaged in settlement discussions in the hope of obtaining an early, informal resolution of this matter.  Each party has demonstrated its good faith in those discussions, and the parties wish to continue them without undue burden for either side.

3.    Therefore, the parties jointly request that the time for defendants' response to the complaint be extended by approximately fifteen (15) days, to **Friday, March 20, 2009**.

Date: March 3, 2009    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:    *s/ Sean Nalty*

SEAN P. NALTY
LAWRENCE J. ROSE
Attorneys for Defendants

Date: March 3, 2009    THORTON DAVIDSON & ASSOCIATES – THE ERISA LAW GROUP

By:    *Thorton Davidson, per Authorization of March 4, 2009*

THORTON DAVIDSON
Attorneys for Plaintiff

### ORDER ON APPLICATION

Good cause appearing, **IT IS HEREBY ORDERED THAT:**

Defendants, Cigna Corporation Group Short Term And Long Term Disability Plan, shall have through and including Friday, March 20, 2009 to answer or otherwise respond to the Complaint.

DATED: March 4, 2009    /s/ Gary S. Austin
United States Magistrate Judge