# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL LAMBERT, | CASE NO. CV F 09-0091 LJO GSA |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| CIGNA CORPORATION GROUP SHORT TERM AND LONG TERM DISABILITY PLAN, | |
| Defendant. | |

The parties have filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than June 4, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   May 4, 2009**                             /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE