**THORNTON DAVIDSON, #166487**
The ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Telefax (559) 256-9799
thornton@theerisalawgroup.com

Attorney for Plaintiff, CHERYL LAMBERT

**SEAN P. NALTY, #121253**
Wilson, Elser, Moskowitz,
  Edelman & Dicker, LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone (415) 433-0990
Telefax (415) 434-1370

Attorney for Defendant, CIGNA CORPORATION
GROUP SHORT TERM AND LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL LAMBERT, <br><br> Plaintiff, <br><br> v. <br><br> CIGNA CORPORATION GROUP SHORT TERM AND LONG TERM DISABILITY PLAN, <br><br> Defendant. | Case No. 1:09-cv-00091-LJO-GSA <br><br> **[PROPOSED] ORDER DISMISSING CASE IN ITS ENTIRETY** |

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice:

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

Dated:   May 8, 2009             /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE